IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                CASE NO: 09-30282
                                                         CHAPTER 7

      CREEHAN, TIMOTHY F.

           Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|-----------|----------------------|----------|
| 024 | Destin Ice<br>P.O. Box 398<br>Destin, Florida 32540 | $27.16 |

The check mailed at the above address on March 11, 2010 has neither been returned by the Post Office nor negotiated by the Creditor.

Dated this 22ND day of June, 2010.

                                                             /s/ Sherry F. Chancellor
                                                             Sherry F. Chancellor, Trustee
                                                             619 West Chase Street
                                                             Pensacola, Florida 32502
                                                             (850) 436-8445
                                                             Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Destin Ice P.O. Box 398, Destin, Florida 32540 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 22ND day of June, 2010.

        /s/ Sherry F. Chancellor
        Sherry F. Chancellor, Trustee